Argued and submitted March 7, 1995, decision of the Court of Appeals and order of the juvenile court affirmed by an equally divided court July 18, 1997

In the Matter of
Daniel Mitchell, à Child.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Respondent on Review,*

*v.*

Daniel MITCHELL,
*Petitioner on Review.*

(CC 9201-80221; CA A78788; SC S41701)

940 P2d 518

Julie H. McFarlane, Portland, argued the cause and filed the briefs for petitioner on review.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause and filed the brief for respondent on review. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Jenny Cooke, Portland, filed a brief for *amicus curiae* Oregon Criminal Defense Lawyers Association.

Before Carson, Chief Justice, Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals and the order of the juvenile court are affirmed by an equally divided court.

-------

** Unis, J., retired June 30, 1996, and did not participate in this decision.